**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6767**

———————

JERRY LEWIS ADAMS,

> Plaintiff - Appellant,

versus

RALPH DOBBINS,

> Defendant - Appellee.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-01-964)

———————

Submitted:  September 24, 2002          Decided:  October 10, 2002

———————

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed in part and dismissed in part by unpublished per curiam
opinion.

———————

Jerry Lewis Adams, Appellant Pro Se.  James Rutledge Henderson, IV,
HENDERSON & DE COURCY, P.C., Tazewell, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry Lewis Adams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. Adams alleged the Defendant failed to provide him with adequate, effective, and meaningful access to the courts. Adams also alleged the Defendant discriminated against him by providing another prisoner with special access to the prison law library. The district court dismissed Adams' discrimination claim without prejudice pursuant to 28 U.S.C. § 1915A and dismissed Adams' access to courts claim pursuant to Fed. R. Civ. P. 12(b)(6).

With regard to Adams' denial of access to courts claim, we affirm on the reasoning of the district court. See Adams v. Dobbins, No. CA-01-964 (W.D. Va. Apr. 12, 2002). With regard to Adams' discrimination claim, because he may cure any deficiency by filing an amended complaint, we dismiss the appeal for lack of jurisdiction because the order is not a final, appealable order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). We deny Adams' motion to amend the caption in this case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART; DISMISSED IN PART

2